STEVEN W. MYHRE
Acting United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
cristina.silva@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTHA OLIVIA HARRISON aka Martha Olivia Ruiz,<br><br>Defendant. | 2:05-mj-00451-VCF<br><br>GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |

The United States of America, by and through the undersigned attorneys, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case against defendant MARTHA OLIVIA HARRISON aka Martha Olivia Ruiz.

Given the age of the case, together with the fact that the victim in the matter is now an adult and has returned to the United States, the interest in justice calls for dismissing the pending action. Accordingly, the United States respectfully requests that the above-captioned case against defendant MARTHA OLIVIA HARRISON aka Martha Olivia Ruiz be dismissed and the case against the same be closed.

DATED: October 23, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney
//s//
CRISTINA D. SILVA
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-24-2017

1